■ In the Matter of MICHELLE GREENE, Petitioner, v H. CARL McCALL, as New York State Comptroller, Respondent. [651

NYS2d 950] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which denied petitioner's request for ordinary and accidental disability retirement benefits.

There is substantial evidence in the record to support respondent's finding that petitioner failed to sustain her burden of proving that she was permanently incapacitated from performing her duties as a correction officer. While the expert medical testimony given by petitioner's chiropractor and examining physician conflicted with that given by the neurologist who examined petitioner on behalf of the New York State and Local Employees' Retirement System regarding the existence and extent of petitioner's neck and back injuries, it lies within respondent's authority to evaluate conflicting medical evidence and to accept the opinion of one expert medical witness over that of another (*see, Matter of Longendyke v Regan*, 195 AD2d 695, 696). Respondent's determination is accordingly confirmed.

Cardona, P. J., Mercure, Crew III, Yesawich Jr., and Carpinello, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.